IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Santiago Abreu, | |
|     Plaintiff, | Case No. 1:16−cv−00510−PLM−RSK |
| vs. | Hon. Paul L. Maloney |
| Ely's Inc., | |
|     Defendant. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    The parties, by and through the undersigned counsel, stipulate and agree to the dismissal of Plaintiff's Complaint, including any amendments and all claims made therein, against Defendant, Ely's Inc., in its entirety with prejudice and without costs or fees to either party.

    This is a final order and closes the case. The court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement as necessary.

**IT IS SO ORDERED.**

Dated: August 25, 2016

/s/ Paul L. Maloney
Hon. Paul L. Maloney

2

**STIPULATED BY:**

*/s/ George T. Blackmore*
George T. Blackmore (P76942)
CHASTAIN & AFSHARI, LLP
Attorneys for Plaintiff

*/s/ Danielle Mason Anderson*
Danielle Mason Anderson (P59529)
MILLER CANFIELD PADDOCK and STONE
Attorneys for Defendant

Dated: August 24, 2016